**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−22191−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Lisa A. Navarro
   275 New Salem Road
   Uniontown, PA 15401

Social Security No.:
   xxx−xx−2790

Employer's Tax I.D. No.:

| | |
|---|---|
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR<br>Daniel R. White<br>Zebley Mehalov & White, p.c.<br>18 Mill Street Square<br>P.O. Box 2123<br>Uniontown, PA 15401<br>U.S.A.<br>Telephone number: 724−439−9200 | NAME/ADDRESS OF TRUSTEE<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>August 5, 2019<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>August 5, 2019<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/11/19

BY THE COURT

Jeffery A. Deller
Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 19-22191-JAD
Lisa A. Navarro                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil              Page 1 of 1        Date Rcvd: Jul 11, 2019
                              Form ID: rsc13          Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db             +Lisa A. Navarro,    275 New Salem Road,    Uniontown, PA 15401-8932
15061817      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     P.O. Box 982234,    El Paso, TX 79998-2234)
15061821       Sears Mastercard,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 10:46:16      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
15061818        E-mail/Text: cms-bk@cms-collect.com Jul 12 2019 10:46:01     Capital Management Services,
                 698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
15061819        E-mail/Text: mrdiscen@discover.com Jul 12 2019 10:45:52      Discover,   P.O. Box 30421,
                 Salt Lake City, UT 84130-0421
15065332        E-mail/Text: mrdiscen@discover.com Jul 12 2019 10:45:52      Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH 43054-3025
15061820        E-mail/Text: camanagement@mtb.com Jul 12 2019 10:46:02      M&T Mortgage,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
                                                                                          TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LAKEVIEW LOAN SERVICING, LLC
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
          Daniel R. White   on behalf of Debtor Lisa A. Navarro zmwchapter13@gmail.com,
           gianna@zeblaw.com;r63228@notify.bestcase.com
          James Warmbrodt   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```