File No.: 10895-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Lisa A. Navarro, | : | Case No. 19-22191 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Lisa A. Navarro, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW comes the Debtor, Lisa A. Navarro, by and through her Counsel, Tremba, Kinney, Greiner & Kerr, LLC, and certifies under penalty of perjury that the following statements are true and correct:

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Debtor are not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On November 5, 2019, at docket number 28, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

   This Certification is being signed under penalty of perjury by: Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: May 8, 2024

/s/ Lisa A. Navarro
Lisa A. Navarro, Debtor

TREMBA, KINNEY, GREINER & KERR

BY: /s/ Daniel R. White
    Daniel R. White, Esquire
    PA I.D. No. 78718
    1310 Morrell Avenue, Suite C
    Connellsville, PA 15425
    724-628-7955
    dwhite@westpalawyers.com