UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　LISA A. NAVARRO<br><br>　　　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　　vs.<br>LISA A. NAVARRO<br><br>　　　　Respondents | Case No.19-22191JAD<br><br>Chapter 13<br><br>Related to<br>Document No.　__42__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

　　AND NOW, this __8th__ day of __May__, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　　Wal-Mart Stores Inc*
　　　　　　Attn: Payroll Manager
　　　　　　Pob 82*
　　　　　　Bentonville,AR 72712-

is hereby ordered to immediately terminate the attachment of the wages of LISA A. NAVARRO, social security number XXX-XX-2790. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LISA A. NAVARRO.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
　　Debtor(s) Attorney

FILED
5/8/24 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22191-JAD |
| Lisa A. Navarro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: May 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa A. Navarro, 275 New Salem Road, Uniontown, PA 15401-8932 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Lisa A. Navarro r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4