**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Lisa A. Navarro**<br>　　　　　**Debtor**<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　**Movant**<br>　vs.<br><br>**Lisa A. Navarro**<br>　　　　　**Debtor**<br><br>**Ronda J. Winnecour, Esq.**<br>　　　　　**Trustee** | **BK NO. 19-22191 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4** |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas, Esq., of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 15, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
Lisa A. Navarro
275 New Salem Road
Uniontown, PA 15401

Attorney for Debtor
Daniel R. White, Esq.
18 Mill Street Square (VIA ECF)
P.O. Box 2123
Uniontown, PA 15401

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: Electronic means or first-class mail.

Dated: November 15, 2022

　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas, Esq.**
　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com